# ORIGINAL

1  MBlas.Info

2  LEONARDO M. RAPADAS
   United States Attorney
3  JEFFREY J. STRAND
   First Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
5  108 Hernan Cortes Avenue
   Hagatna, Guam 96910
6  PHONE: (671) 472-7332
7  FAX: (671) 472-7334

8  Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
JUN 29 2007
MARY L.M. MORAN
CLERK OF COURT

**RECEIVED**
JUN 29 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

9  **IN THE UNITED STATES DISTRICT COURT**

10  **FOR THE DISTRICT OF GUAM**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. **07 - 00061** |
| 12 | ) | |
| Plaintiff, | ) | |
| 13 | ) | **INFORMATION** |
| 14 vs. | ) | |
| | ) | **FALSE ENTRY IN** |
| 15 | ) | **BANK RECORDS** |
| MARIA C. BLAS, | ) | [18 U.S.C. §§ 1005 and 2] |
| 16 | ) | |
| Defendant. | ) | |
| 17 | ) | |

18

19  THE UNITED STATES ATTORNEY CHARGES:

20      On or about April 11, 2006 , in the District of Guam, MARIA C. BLAS, defendant

21  herein, as an officer and employee of Bank Pacific, a financial institution whose deposits were

22
23  then insured by the Federal Deposit Insurance Corporation, did knowingly and with the intent to

24  deceive Bank Pacific make a false entry in a book, report and statement of Bank Pacific by

25  causing to be entered on the books, reports and statements of said bank a $5000 credit in the

26  account of Francis P. Cruz , when defendant well knew that a $5000 check deposited into said

27  account had been dishonored on the basis of insufficient funds.

28

All in violation of Title 18, United States Code, Sections 1005 and 2.

Dated this 29th day of June, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By:

JEFFREY J. STRAND
First Assistant U.S. Attorney

- 2 -

**Place of Offense:**

City _____ Hagåtña _____

Country/Parish _____ N/A _____

**Related Case Information:**

**07 – 00061**

Superseding Indictment _____ Docket Number _____
Same Defendant _____        New Defendant _____ X _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __ X ____     Matter to be sealed: _____ Yes __ X __ No

Defendant Name _____ Maria C. Blas _____

Allisas Name _____

Address _____

_____

Birthdate __XX/XX/_____ SS# ____ N/A _____ Sex __ F ___ Race _ PI __ Nationality _U.S._

**RECEIVED**

JUN 29 2007

**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**U.S. Attorney Information:**

AUSA _Jeffrey J. Strand_____

**Interpreter:** __ X __ No __ X ___Yes          List language and/or dialect: __ N/A __

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: _____ 1 _____     _____ Petty _____ Misdemeanor __ X __ Felony

| | **Index Key/Code** | **Description of Offense Charged** | **Count(s)** |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 1005 & 2 | FALSE ENTRY IN BANK RECORDS | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(Continued on reverse)

Date: ____ 6/29/07 ____ **Signature of AUSA:** _____