O AO 455 (Rev. 5/85) Waiver of Indictment


DISTRICT COURT OF GUAM
JUL 0 2 2007
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

UNITED STATES OF AMERICA

V.

MARIA C. BLAS

WAIVER OF INDICTMENT

CASE NUMBER: 07-00061

I, Maria C. Blas _____, the above named defendant, who is accused of making false entries in bank records, in violation of Title 18, United States Code, Sections 1005 and 2,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___July 2, 2007___ prosecution by indictment and consent that the pro-
Date
ceeding may be by information rather than by indictment.

MARIA C. BLAS
Defendant

F. RANDALL CUNLIFFE
Counsel for Defendant

Before _____
Judicial Officer