PS 40
(REV. 6/05)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO**: United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM**: Judy Anne L. Ocampo, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

[X] **Original Notice**　　　　　　　　　[ ] **Notice of Disposition**

Date: **July 2, 2007**　　　　　　　　　Date:
By: **Joaquin V.E. Manibusan, Jr.**　　By:
　　**U.S. Magistrate Judge**

---

Defendant: **BLAS, Maria Pereda Cruz**　　Case Number: **CRIMINAL Case #07-00061-001**
Date of Birth: **XX-XX-1954**　　　　　Place of Birth: **Tamuning, Guam - USA**
SSN: **XXX-XX-7287**

===============================================================

**NOTICE OF COURT ORDER** (Order Date: **July 2, 2007** )

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[X] The above-named defendant surrendered Passport Number **XXXXXXX** to the custody of the **U.S. Probation Office, District of Guam.**

---

### NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

---

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
　☐ Not Convicted - PS40/Passport returned to defendant.
　☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
　☐ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)