# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | USDC Cr. Cs. No. 07-00061-001 |
| Plaintiff, | ) | |
| vs. | ) | **REQUEST TO CONTINUE SENTENCING HEARING** |
| | ) | |
| MARIA C. BLAS | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, the United States Probation Officer respectfully requests the Honorable Court for an Order to continue the Sentencing Hearing set for October 1, 2007. The probation officer requests that the Court continue sentencing to November 1, 2007. The continuance is necessary for the probation officer to obtain additional financial documents from the defendant to determine her financial status. Both parties have no objections to a continuation.

RESPECTFULLY submitted this 28th day of August 2007.

ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

By: /s/ STEPHEN P. GUILLIOT
U.S. Probation Officer

Reviewed by:

/s/ CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist

cc: Jeffery Strand, AUSA
   Randall Cunliffe, Defense Counsel