Law Offices
**CUNLIFFE & COOK**
210 Archbishop F.C. Flores Street
Hagåtña, GU 96910
Telephone: (671) 472-1824
Telecopier: (671) 472-2422

Attorneys for: **Defendant**

**FILED**
DISTRICT COURT OF GUAM

OCT - 5 2007

JEANNE G. QUINATA
Clerk of Court

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. **07-00061** |
| Plaintiff, ) | |
| vs. ) | **STIPULATION TO CONTINUE SENTENCING** |
| MARIA C. BLAS, ) | |
| Defendant. ) | |

**COME NOW,** the parties hereto, by and through their respective attorneys of record, and hereby stipulate and agree to continue the Sentencing hearing currently scheduled November 1, 2007, at 9:30 a.m., for approximately one week or sometime after November 5, as counsel for Defendant herein, F. Randall Cunliffe, Esq. will be off island on November 1, 2007.

**SO STIPULATED:**

DATED: October ___, 2007
**LEONARDO M. RAPADAS**
United States Attorney
Districts of Guam and the CNMI

By_____
JEFFREY J. STRAND
First Assistant U.S. Attorney

DATED: October 5, 2007
**CUNLIFFE & COOK**
A Professional Corporation
Attorneys for Defendant

By_____
F. RANDALL CUNLIFFE, ESQ.