Law Offices
CUNLIFFE & COOK
210 Archbishop F.C. Flores Street
Hagåtña, GU 96910
Telephone: (671) 472-1824
Telecopier: (671) 472-2422

Attorneys for: **Defendant**

# IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. **07-00061** |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER RE: CONTINUANCE OF SENTENCING HEARING |
| MARIA C. BLAS, | ) | |
| Defendant. | ) | |

**Good Cause Having Been Shown,** and the Court being fully appraised in the particulars;

IT IS HEREBY ORDERED that Sentencing presently scheduled for November 1, 2007, in the above-captioned criminal matter be and is hereby continued to November 13, 2007, at 9:30 a.m.

SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
  Chief Judge
**Dated: Oct 11, 2007**