# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## SENTENCING

CASE NO.: CR-07-00061                    DATE: November 13, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Kim R. Walmsley | Court Reporter: Wanda Miles |
| Courtroom Deputy: Virginia T. Kilgore | Electronically Recorded: 9:34:17 - 9:58:09 |
| CSO: N. Edrosa | |

**APPEARANCES:**

Defendant:  Maria C. Blas                    Attorney:  F. Randall Cunliffe

☑ Present ☐ Custody ☐ Bond ☑ P.R.          ☑ Present ☑ Retained ☐ FPD ☐ CJA

U.S. Attorney: Jeffrey Strand               U.S. Agent: Ken Klocke, FBI

U.S. Probation: Stephen Guilliot            U.S. Marshal: V. Roman / D. Punzalan

Interpreter:                                Language:

**PROCEEDINGS: Sentencing**
- Defense counsel's request to not impose 30 days home confinement <u>granted</u>.
- Defendant committed to the Bureau of Prisons for a term of <u>Time Served</u>
- Defendant is placed on supervised release for a term of <u>Three Years</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant ordered to pay restitution in the amount of $3,500.00
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.

NOTES: