ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer
JUDY ANNE L. OCAMPO
U.S. Probation Officer
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00061-001 |
| Plaintiff, | ) | |
| vs. | ) | **APPLICATION FOR RELEASE OF PASSPORT** |
| MARIA PEREDA CRUZ BLAS, | ) | |
| Defendant. | ) | |

COMES NOW, U.S. Probation Officer Judy Anne L. Ocampo, in the above-captioned case and requests for the release of USA Passport Number XXXXXXXXX to the defendant, Maria Pereda Cruz Blas. The passport was surrendered to the custody of the U.S. Probation Office pending the disposition of this case. The defendant was sentenced on November 13, 2007, to an imprisonment term of time served followed by three years supervised release.

Dated this 14th day of November 2007.

/s/ JUDY ANNE L. OCAMPO
U.S. Probation Officer